AUGUSTA DOROTHY JUNGE, Appellant, v. HENRY HERMAN JUNGE, Respondent. — Order amending the final decree of separation by reducing the alimony from ten dollars to four dollars and fifty cents a week reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. Order punishing defendant for contempt in failing to pay the alimony directed by the final decree and allowing him to purge himself by the payment of fifty cents a week on account of the arrears in addition to four dollars and fifty cents provided by the order amending the final decree modified by directing that defendant may purge himself by paying three dollars a week on account of the arrears, in addition to the ten dollars weekly alimony provided by the final decree, and as so modified affirmed, without costs. Defendant admits his present earnings are thirty-five dollars a week. Therefore, the Special Term was not justified in reducing the weekly alimony provided by the final decree from ten dollars to four dollars and fifty cents. In view of defendant's admitted present earnings we believe that he can afford to pay three dollars a week on account of arrears. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

MARY KELLY, Appellant, v. ROSE BRAUNSCHWEIG, Defendant, and DORA KALKSTEIN, Respondent.— Defendant Kalkstein, sued with the owner of adjoining property for damages for personal injuries caused by negligence in maintaining sidewalks at the dividing line of the property at different grades, made default on the trial. Evidently this was due to bad advice and motives of economy, although she had appeared by an attorney and served an answer. The action was severed and on a trial the plaintiff had a verdict against the other defendant. Later, on an inquest, the plaintiff had judgment against this defendant. She later moved to open her default and the motion was granted on terms. Order opening her default affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.